TRIAL COURT CASE NO. _____

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>_____ COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/6/2025 5:06:59 PM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed:  _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter:  _____E-Mail    _____Hand Delivery   _____Mail

On_____    By:_____(clerk's initials)